UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CASE NO. |
| | JUDGE |
| v. | **INDICTMENT** |
| **ERIC L. BELL** | 21 U.S.C. § 846 |
| | 21 U.S.C. § 841(a)(1) |
| | 21 U.S.C. § 841(b)(1)(A)(viii) |
| | **FORFEITURE ALLEGATION** |

FILED
RICHARD W. NAGEL
CLERK OF COURT
APR -3 2025 10:03 A
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

**THE GRAND JURY CHARGES:**

## COUNT 1

**(Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine)**

1. Beginning in or around late 2024, the exact dates being unknown, and continuing until on or about March 4, 2025, in the Southern District of Ohio, and elsewhere, the Defendant, **ERIC L. BELL**, along with others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree to possess with intent to distribute and distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii).

**In violation of 21 U.S.C § 846.**

## COUNT 2
### (Attempted Possession with Intent to Distribute Methamphetamine)

2. From on or about February 23, 2025, until on or about March 4, 2025, in the Southern District of Ohio, and elsewhere, the Defendant, **ERIC L. BELL**, did knowingly and intentionally attempt to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii).

**In violation of 21 U.S.C. § 846.**

## FORFEITURE ALLEGATION

3. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of 21 U.S.C. § 853(a)(1) and (2).

4. Upon conviction of any offense in violation of 21 U.S.C. § 841 and/or 21 U.S.C. § 846 alleged in this Indictment, the Defendant, **ERIC L. BELL**, shall forfeit to the United States, in accordance with 21 U.S.C. § 853(a)(1) and (2), all right, title and interest in any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation(s).

5. <u>Substitute Assets</u>: If any of the forfeitable property described above, as a result of any act or omission of the Defendant, **ERIC L. BELL**:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the Defendant up to the value of the forfeitable property.

**Forfeiture in accordance with 21 U.S.C. § 853(a)(1) and (2) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

                                  **A TRUE BILL.**

                                  *s/ Foreperson*
                                  **FOREPERSON**

**KELLY A. NORRIS**
**Acting United States Attorney**

**S. COURTER SHIMEALL**

**NICOLE PAKIZ**
**Assistant United States Attorneys**